**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

JACK LINDER,

      Plaintiff,

v.
                                    Case No: 5:18-cv-31-Oc-30PRL

ADVANCED CALL CENTER
TECHNOLOGIES, LLC and
SYNCHRONY BANK,

      Defendants.

_____

ORDER

      The Court has been advised via a Notice of Pending Settlement (Dkt. 14) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), it is

      **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida, this 6th day of June, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record